IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER D. SWEENY**                                                                 **PLAINTIFF**

v.                                       CASE NO. 4:22-CV-00493-BSM

**CITY OF PINE BLUFF, ARKANSAS**                                                **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of December, 2024.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE